

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 14, 2021

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Calvin Smith, a/k/a "Moo Moo,"* **21 Mag. 6966**

Dear Judge Krause,

In light of the arrests of the defendant Calvin Smith, a/k/a "Moo Moo," in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

**SO ORDERED.**

By: _____
Jennifer N. Ong
Assistant Unites States Attorney
(914) 993-1962

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: October 14, 2021